Plaintiff's Counsel:
Jayne Conroy
Hanly Conroy Bierstein Sheridan
  Fisher & Hayes LLP
112 Madison Avenue
New York New York  10016-7416
(212) 784-6400
(212) 284-6420 (fax)

-and-

SimmonsCooper LLC
707 Berkshire Blvd.
East Alton, IL  62024
(618) 259-2222
(212) 259-2251 (Fax)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No. M:05-CV-01699-CRB |
| | MDL NO. 1699 |
| This Document Relates To: | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| *Gary Pharis, vs. Pfizer, Inc.,.* *MDL No. 06-96:* <u>Plaintiff Gary Pharis</u> | |

Come now the Plaintiffs, Gary Pharis, and Defendant, Pfizer Inc., by and through the

undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

STIPULATION OF DISMISSAL WITH PREJUDICE

stipulate to the dismissal with prejudice of Plaintiffs, **Gary Pharis's** action only, with each side

bearing its own attorneys' fees and costs.

Dated: _____, 2009          By:_____
                                         Jayne Conroy
                                         **HANLY CONROY BIERSTEIN**
                                         **SHERIDAN FISHER & HAYES LLP**
                                         112 Madison Avenue
                                         New York, New York  10016-7416
                                         (212) 784-6400
                                         (212) 784-6420 (Fax)
                                         Email: jconroy@hanlyconroy.com

                                     -and-

                                         **SIMMONSCOOPER LLC**
                                         707 Berkshire Blvd.
                                         East Alton, IL  62024
                                         (618) 259-2222
                                         (618) 259-2251 (Fax)

                                         *Counsel for Plaintiff.*


Dated: _____March 11__, 2009          By:_____
                                         Michelle W. Sadowsky
                                         **DLA PIPER US LLP**
                                         1251 Avenue of the Americas
                                         New York, New York  10020-1104
                                         (212) 335-4625
                                         (212) 884-8675 (Fax)

                                         *Counsel for Defendant Pfizer, Inc.*


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
IT IS SO ORDERED.**


Dated: _____March 30___, 2009          By:_____
                                         United States District Court

STIPULATION OF DISMISSAL WITH PREJUDICE

- 2 -